IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE UNDER ARMOUR, INC. SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. GLR-18-1084 (Lead Case)<br><br>(Consolidated with GLR-18-1264) |

***
**ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 30th day of March, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendants' Motion to Dismiss Plaintiff's Verified Consolidated Shareholder Derivative Complaint and Request for Hearing (ECF No. 44) is GRANTED;

2. Plaintiff's Request for Hearing (ECF No. 48) is DENIED; and

3. The Clerk is directed to CLOSE the case.

/ s/
George L. Russell, III
United States District Judge